# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

Vivian A. Caulkins

_(In the space above enter the full name(s) of the plaintiff(s).)_

- against -

Luitenant Asa Kimbrough &
Bucks County Jail

**COMPLAINT**

Jury Trial: ☑ Yes  ☐ No

(check one)

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name              Vivian Caulkins
            Street Address    9188 E. 107th Drive
            County, City      Adams County - Henderson
            State & Zip Code  Colorado 80640
            Telephone Number  720-525-8699

Rev. 10/2009

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: Luitenant Ara Kimbrough
Street Address: 1730 S. Easton Rd.
County, City: Doylestown
State & Zip Code: Pennsylvania 18901

Defendant No. 2
Name: Bucks County Jail
Street Address: 1730 S. Easton Rd.
County, City: Doylestown
State & Zip Code: PA. 18901

Defendant No. 3
Name: _____
Street Address: _____
County, City: _____
State & Zip Code: _____

Defendant No. 4
Name: _____
Street Address: _____
County, City: _____
State & Zip Code: _____

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    [✓] Federal Questions      [✓] Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? U.S. Constitution - 8th Amendment - cruel and unusual punishment, violation of rights to medical care, unreasonable forced solitary confinement, Destruction of legal work, inhumane transport for a misdemenor offense, unsanitary conditions causing permanent injury to plaintiff

Rev. 10/2009
- 2 -

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship **Colorado**

Defendant(s) state(s) of citizenship **Pennsylvania**

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? **At the Buck's County Jail**

B. What date and approximate time did the events giving rise to your claim(s) occur? **From approximately June of 2019 - September 2019**

C. Facts: [What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?]

Plaintiff was transported from Colorado by bus for a misdemeanor offense. It took a week to arrive. Lieutenant Kimbrough took Plaintiff's legal paperwork upon entrance to facility. Plaintiff was put in solitary confinement due to only making complaints by Kimbrough. Plaintiff got a severe infection while at this facility which they refused to treat. As a result of this non treatment, Plaintiff is facially disfigured permanently. This infection resulted from extremely unsanitary conditions in the facility. Plaintiff was forced to be placed in solitary confinement due to legitimate complaints. She was later found innocent by a hearing officer. In spite of being found guilty, Lt. Kimbrough kept Plaintiff locked up in solitary confinement.

When Plaintiff was finally released Lt. Kimbrough would not release any of her legal paperwork or possessions and threw them away. Plaintiff had to be hospitalized when she arrived in Colorado. She has permanent injuries as a result of this untreated infection at this facility.

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. While incarcerated at this facility, Plaintiff got a severe infection which was not treated appropriately. As a result, she has sustained permanent facial scarring from this infection. She had to be hospitalized when she got back to Colorado.

This infection came from the filthy conditions in this facility.

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Plaintiff is asking the Court for monetary damages for medical neglect, living in an unsanitary facility, unusual pain and suffering and punishment for making complaints and throwing legal paperwork away. Plaintiff is asking for $500,000.00 for permanent damage to face and destruction of my legal property. As well as medical neglect and cruel and unusual punishment by this Lieutenant and this facility. As well as inhumane transport across the country for a misdemeanor offense.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 30 day of August, 2021.

Signature of Plaintiff *[signature]*
Mailing Address 9188 E. 107th Drive
Henderson CO 80640

Telephone Number 720-525-8699
Fax Number *(if you have one)*
E-mail Address VivianCulkins4@Gmail.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: *[signature]*
Inmate Number _____

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| Vivian A. Caulkins <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> Ara Kimbrough (Luitenant) <br> Bucks County Jail <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $50) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid. See 28 U.S.C. § 1915(b). **A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.**

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Dixxon Caulkins
All other names by which you have been known:
ID Number:
Current Institution:
Address: ~~2855 Locust St.~~
~~Denver  CO  80224~~
9188 E. 107th Drive
Henderson CO 80640

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Liut. Ara. Kimbrough (Bucks County Jail)
Job or Title (if known): Lieutenant at Facility
Shield Number: Unknown
Employer: Bucks County Jail
Address: 1730 S. Easton Rd.
Doylestown  PA  18901

[X] Individual capacity   [X] Official capacity

Defendant No. 2
Name: Bucks County Jail
Job or Title (if known): Correctional Facility
Shield Number: —
Employer:
Address: 1730 S. Easton Rd.
Doylestown  PA  18901

[ ] Individual capacity   [X] Official capacity

Page 2 of 11

Defendant No. 3
   Name
   Job or Title *(if known)*
   Shield Number
   Employer
   Address

              *City*        *State*        *Zip Code*
   ☐ Individual capacity     ☐ Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Shield Number
   Employer
   Address

              *City*        *State*        *Zip Code*
   ☐ Individual capacity     ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

  A.    Are you bringing suit against *(check all that apply)*:

       ☐ Federal officials (a *Bivens* claim)

       ☑ State or local officials (a § 1983 claim)

  B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th Amendment Violation to cruel and unusual Punishment. Violation of my rights to be treated for infection which was caused, Put in Solitary Confinement and Throwing all of my legal paperwork away. Inhuman transport

  C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

8th Amendment rights. Refusal to Treat for infection which Plaintiff received due to unsanitary living conditions in the facility. Forced solitary confinement for no reason and Throwing away my legal paperwork, Inhuman transport

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Lieut. Kimbrough put Plaintiff in solitary confinement due to legitimate complaints against facility. Plaintiff received a severe infection from unsanitary facility which they refused to treat. All of Plaintiff's legal paperwork was also thrown out by Lieut. Kimbrough orders.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

[✓] Pretrial detainee

[ ] Civilly committed detainee

[ ] Immigration detainee

[ ] Convicted and sentenced state prisoner

[ ] Convicted and sentenced federal prisoner

[ ] Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

Plaintiff was forced to be put in solitary confinement due to legitimate complaints she made. She received an infection as a result. No treatment was performed. She still lives with the aftermath of this infection. Lieut. Kimbrough gave orders to throw all of her legal paperwork away.

Page 4 of 11

C. What date and approximate time did the events giving rise to your claim(s) occur?

These events took place between June to Sept. 2019.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Lieut. Kimbrough put me in solitary confinement for no reason other then that I was making complaints. I got a very bad infection which needed hospitalization. I am still suffering the consequences from not being treated. Kimbrough also threw all of my legal paperwork away pertaining to my case! Inhumane transport to PA for a misdemeanor crime.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I now have permanent scars and inflamation on the top part of my nose. My nose is permantly inflamed. This was due to unclean living conditions within the facility. 2 years later there is no difference in the appearance. It can not be resolved. All of my paperwork was thrown away via Lieut. Kimbrough's orders.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want monetary damages for medical neglect. Living in an unsanitary facility, unusual punishment for making complaints and throwing legal paperwork away. I am asking for $500,000.00 for permanent damage to face and destruction of my legal property, as well as medical neglect and as well as cruel and unusual punishment by this Lieutenant and this facility. Also inhumane transport across country.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Bucks County Jail

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

At the correction facility. I filed several complaints which were ignored.

2. What did you claim in your grievance?

Improper confinement by Kimbrough, neglect of infection in the facility, refused to treat, my legal paperwork was thrown out when I left. Also unsanitary living conditions

3. What was the result, if any?

I was continuously ignored.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I continued to file grievances. I wrote to the Warden who finally got me out of confinement after spending a month in solitary confinement. I was found innocent at a hearing but continued to be locked up under Lieutenant Kimbrough's orders.

F.  If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   I filed many grievances

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I was brought from Colorado by a private Transport Co that took over a week to get me there for a misdemeanor crime! The conditions in this facility are filthy! I have a permanent facial disfigurement as a result.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) _____

      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      _____

   3. Docket or index number

      _____

   4. Name of Judge assigned to your case

      _____

   5. Approximate date of filing lawsuit

      _____

   6. Is the case still pending?

      ☐ Yes

      ☐ No

      If no, give the approximate date of disposition. _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☐ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 30, 2021

Signature of Plaintiff: *Vivian Caulkins*
Printed Name of Plaintiff: Vivian Caulkins
Prison Identification #: Unknown
Prison Address: 1730 S. Easton Rd.
Doylestown, PA 18901

### B. For Attorneys

Date of signing: 

Signature of Attorney: 
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Address: 

Telephone Number: 
E-mail Address:

Deacon Lauwrens
9188 E. 107th Drive
Henderson CO 80640

RECEIVED
SEP 17 2021

Denver, CO P&DC 802-ZIP
TUE 14 SEP 2021 AM

James A. Byrne U.S. Courthouse
601 Market Street
Phila, PA. 19106

U.S.M.S.
X-RAY

9613